**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Illinois, Eastern Division
_____ (State)

Case number (if known) _____ Chapter _____

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. Chapter of the Bankruptcy Code

    Check one:
    ☑ Chapter 7
    ☐ Chapter 11

## Part 2: Identify the Debtor

2. Debtor's name: **Iowa Wind and Solar, LLC**

3. Other names you know the debtor has used in the last 8 years

    Include any assumed names, trade names, or *doing business as* names.

    d/b/a Simple Ray, LLC

4. Debtor's federal Employer Identification Number (EIN)

    ☑ Unknown

    ___ — ___ ___ ___ ___ ___ ___ ___
    EIN

5. Debtor's address

    **Principal place of business**

    1806 W Stone Ave
    Number   Street

    Fairfield         IA    52566
    City             State  ZIP Code

    County: _____

    **Mailing address, if different**

    Number   Street

    P.O. Box

    City             State  ZIP Code

    Location of principal assets, if different from principal place of business

    Number   Street

    City             State  ZIP Code

Debtor: Iowa Wind and Solar, LLC d/b/a Simple Ray, LLC    Case number (if known) _____

6. Debtor's website (URL)    _____

7. Type of debtor
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. Type of debtor's business

   Check one:
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the types of business listed.
   - ☐ Unknown type of business.

9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?
   - ☒ No
   - ☐ Yes. Debtor _____ Relationship _____
     District _____ Date filed _____ (MM/DD/YYYY) Case number, if known _____

     Debtor _____ Relationship _____
     District _____ Date filed _____ (MM/DD/YYYY) Case number, if known _____

**Part 3: Report About the Case**

10. Venue

    Check one:
    - ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. Allegations

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*

    - ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. Has there been a transfer of any claim against the debtor by or to any petitioner?
    - ☒ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor: Iowa Wind and Solar, LLC d/b/a Simple Ray, LLC    Case number (if known): _____

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Fox Metro Water Reclamation District | Breach of Contract | $3,471,230.00 |
| Valo Biomedia North America, LLC | Breach of Contract | $253,284.00 |
| Sisler's Ice, Inc. | Breach of Contract | $19,477.95 |
| Round Trip, LLC | Breach of Contract | $361,229.78 |
| | Total of petitioner's claims | $4,105,221.73 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

**Part 4: Request for Relief**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner
Fox Metro Water Reclamation District
682 State Rte. 31
Oswego, IL 60543

Name and mailing address of petitioner's representative, if any
Karen Clementi, District Manager
(Same as above)

**Attorneys**

Richard G. Larsen
Springer Larsen, LLC
300 S. County Farm Rd., Ste. G
Wheaton, IL 60187
Contact phone: 630-510-0000
Email: rlarsen@springerbrown.com
Bar number: 6193054
State: IL

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/07/2024   District Manager ✗

✗ _____Karen Clementi_____
Signature of petitioner or representative, including representative's title

Signature of attorney
Date signed: 12/07/2024

Debtor _____   Case number (if known) _____
       Name

**Name and mailing address of petitioner**

Valo Biomedia North America, LLC
Name

1755 West Lakes Pkwy
Number  Street

West Des Moines      IA       50266
City                 State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City             State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/17/2024
           MM / DD / YYYY

X _____ [signature]
Signature of petitioner or representative, including representative's title

Richard G. Larsen
Printed name

Springer Larsen, LLC
Firm name, if any

300 S. County Farm Rd., Ste. G
Number  Street

Wheaton              IL       60187
City                 State    ZIP Code

Contact phone 630-510-0000  Email rlarsen@springerbrown.com

Bar number 6193054

State IL

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

**Name and mailing address of petitioner**

Sisler's Ice, Inc.
Name

274 Harvestore Drive
Number  Street

DeKalb               IL       60115
City                 State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City             State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/09/2024
           MM / DD / YYYY

X _____ [signature]
Signature of petitioner or representative, including representative's title

Richard G. Larsen
Printed name

Springer Larsen, LLC
Firm name, if any

300 S. County Farm Rd., Ste. G
Number  Street

Wheaton              IL       60187
City                 State    ZIP Code

Contact phone 630-510-0000  Email rlarsen@springerbrown.com

Bar number 6193054

State IL

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

Debtor _____   Case number (if known) _____
       Name

**Name and mailing address of petitioner**

Round Trip, LLC_____
Name

10327 Summit Ave_____
Number    Street

Kensington_____MD_____20895
City              State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City              State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02  10  2025
             MM / DD / YYYY

X _____  Executive Director
Signature of petitioner or representative, including representative's title

Richard G. Larsen
Printed name

Springer Larsen, LLC
Firm name, if any

300 S. County Farm Rd., Ste. G
Number    Street

Wheaton_____IL_____60187
City            State     ZIP Code

Contact phone 630-510-0000  Email rlarsen@springerbrown.com

Bar number  6193054

State  IL

X _____
Signature of attorney

Date signed  _____
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____IL_____
City          State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City              State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number    Street _____

City _____ State _____ ZIP Code _____

Contact phone _____  mail _____

Bar number _____

State _____

X _____
Signature of attorney

Date signed  _____
             MM / DD / YYYY