**Fill in this information to identify the case:**

Debtor name **Iowa Wind & Solar, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) **25-02724**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*................................................................... $       **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.............................................................. $       **413,904.94**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*................................................................ $       **413,904.94**

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $   **2,652,497.35**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................ $   **75,279.15**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................ +$   **4,178,342.20**

4. **Total liabilities** ......................................................................................
   Lines 2 + 3a + 3b

        $   **6,906,118.70**

**Fill in this information to identify the case:**

Debtor name **Iowa Wind & Solar, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) **25-02724**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America (no longer accessible to Debtors and potentially closed due to inactivity)** | **Checking account** | | **$0.00** |
| 3.2. | **Libertyville Savings Bank** | **Business checking** | 1648 | **$43,904.94** |
| 3.3. | **Sunwest Bank (account no longer accessible to Debtors and potentially closed due to inactivity)** | **Small Business Checking** | 9567 | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$43,904.94** |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

Debtor   **Iowa Wind & Solar, LLC**                                    Case number *(If known)* **25-02724**
_____
Name

Description, including name of holder of deposit
7.1. _____    _____

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment
8.1. _____    _____

9.   **Total of Part 2.**                                                 _____
Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

| 11b. Over 90 days old: | 29,500.00 | - | 29,500.00 | =.... | $0.00 |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

**Aegis Renewable Energy**

| 11b. Over 90 days old: | 7,816.82 | - | 7,816.82 | =.... | $0.00 |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

**Blackhawk Bank**

| 11b. Over 90 days old: | 42,031.68 | - | 42,031.68 | =.... | $0.00 |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

**Chuck Ledger/CL Services**
**Debtor owed account holder $96,000 and agreed not to pursue receivable**

| 11b. Over 90 days old: | 172.00 | - | 172.00 | =.... | $0.00 |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

**Don Reidner**

| 11b. Over 90 days old: | 30,790.00 | - | 30,790.00 | =.... | $0.00 |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

**EJ Equipment**

| 11b. Over 90 days old: | 72,150.20 | - | 72,150.20 | =.... | $0.00 |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

**E.S. Boulos Company**
**Debtor failed to file timely lien**

| 11b. Over 90 days old: | 161.00 | - | 161.00 | =.... | $0.00 |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

**Jason McVeigh**

| 11b. Over 90 days old: | 236.92 | - | 236.92 | =.... | $0.00 |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

**Jim Perterson Farm**

| Debtor | **Iowa Wind & Solar, LLC** | | Case number *(If known)* **25-02724** |
|---|---|---|---|
| | Name | | |

---

11b. Over 90 days old:

**90,193.09** - **90,193.09** =.... **$0.00**

face amount    doubtful or uncollectible accounts

**KPH Construction Services, LLC**
Debtor engaged legal counsel to collect debt. KPH threatened to countersue and, as a result, the Debtor decided the legal costs were not worth the collection pursuit. Debtor and KPH negotiated a walkaway agreement, but it has not yet been executed due to the filing of the Chapter 7.

---

11b. Over 90 days old:

**425.00** - **425.00** =.... **$0.00**

face amount    doubtful or uncollectible accounts

**Kuhlman Lake Service & Welding, Inc. - Meter 1**

---

11b. Over 90 days old:

**1,332.40** - **1,332.40** =.... **$0.00**

face amount    doubtful or uncollectible accounts

**Larry Magnani**

---

11b. Over 90 days old:

**9,360.74** - **9,360.74** =.... **$0.00**

face amount    doubtful or uncollectible accounts

**Phase Two Solar LLC**
Debtor owes account holder $31,000, more than the amount owed on the account, so Debtor did not pursue this receivable

---

11b. Over 90 days old:

**310,617.46** - **130,617.46** =.... **$180,000.00**

face amount    doubtful or uncollectible accounts

**RECON Corporation**
Debtors engaged legal counsel to assist debt collection on this account, anticipated recovery amount listed

---

11b. Over 90 days old:

**81,116.58** - **81,116.58** =.... **$0.00**

face amount    doubtful or uncollectible accounts

**Rethink Electric**

---

11b. Over 90 days old:

**264.00** - **264.00** =.... **$0.00**

face amount    doubtful or uncollectible accounts

**Robert Guthrie**

---

11b. Over 90 days old:

**1.00** - **1.00** =.... **$0.00**

face amount    doubtful or uncollectible accounts

**Sally and Jamie Meyer**

---

11b. Over 90 days old:

**675.00** - **675.00** =.... **$0.00**

face amount    doubtful or uncollectible accounts

**Solaredge Technologies, Inc.**

---

11b. Over 90 days old:

**1,817.39** - **1,817.39** =.... **$0.00**

face amount    doubtful or uncollectible accounts

**Solar Pile Driver Rents LLC**
Debtor owes account holder more than what is owed to it

---

11b. Over 90 days old:

**9,900.00** - **9,900.00** =.... **$0.00**

face amount    doubtful or uncollectible accounts

**Super Shine Car Wash**

---

Debtor    **Iowa Wind & Solar, LLC**    Case number *(If known)* **25-02724**
Name

11b. Over 90 days old: **114.00** - **114.00** =.... **$0.00**
face amount                           doubtful or uncollectible accounts
**Tony Sents**

11b. Over 90 days old: **550.00** - **550.00** =.... **$0.00**
face amount                           doubtful or uncollectible accounts
**UPower Energy**

11b. Over 90 days old: **218.00** - **218.00** =.... **$0.00**
face amount                           doubtful or uncollectible accounts
**Urban Flooring and Design**

11b. Over 90 days old: **333.00** - **333.00** =.... **$0.00**
face amount                           doubtful or uncollectible accounts
**Venkatesh Rudrapatna**

11b. Over 90 days old: **736.00** - **736.00** =.... **$0.00**
face amount                           doubtful or uncollectible accounts
**Wesley Bussey**

11b. Over 90 days old: **85,900.00** - **85,900.00** =.... **$0.00**
face amount                           doubtful or uncollectible accounts
**Wes Tech Engineering LLC**

11b. Over 90 days old: **183,729.00** - **8,729.00** =.... **$175,000.00**
face amount                           doubtful or uncollectible accounts
**Kincaid Solar LLC**
**Repayment of funds fronted by Debtor**

12.    **Total of Part 3.**    **$355,000.00**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14.    **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1.

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                         % of ownership

15.1.                                   %

Debtor    **Iowa Wind & Solar, LLC**                                    Case number *(If known)* **25-02724**
          _Name_

Name of entity:                                      % of ownership

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

       Describe:

       16.1. _____        _____    _____

17.    **Total of Part 4.**
       Add lines 14 through 16.  Copy the total to line 83.                                    _____

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| | | | | |
| 20.  **Work in progress** | | | | |
| | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| | | | | |
| 22.  **Other inventory or supplies** | | | | |
| | | | | |

23.    **Total of Part 5.**
       Add lines 19 through 22.  Copy the total to line 84.                                    _____

24.    **Is any of the property listed in Part 5 perishable?**
       ☐ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ☐ No
       ☐ Yes. Book value  _____  Valuation method  _____  Current Value  _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ☐ No
       ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

| Debtor | **Iowa Wind & Solar, LLC** | Case number *(If known)* **25-02724** |
|---|---|---|
| | Name | |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** | **Crops-either planted or harvested** | | |
| | | | |
| **29.** | **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | |
| | | | |
| **30.** | **Farm machinery and equipment** *(Other than titled motor vehicles)* | | |
| | | | |
| **31.** | **Farm and fishing supplies, chemicals, and feed** | | |
| | | | |
| **32.** | **Other farming and fishing-related property not already listed in Part 6** | | |
| | | | |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

_____

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Debtor | **Iowa Wind & Solar, LLC** | Case number *(If known)* **25-02724** |
|--------|----------------------------|----------------------------------------|
| | Name | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------------------------|------------------------------------------|--------------------------------------|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1. | | | |

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------------------------------------------------------------------------------------------|------------------------------------------------------|------------------------------------------|--------------------------------------|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

Debtor    **Iowa Wind & Solar, LLC**
Name

Case number *(If known)*  **25-02724**

**Beam Line Model Peddinghaus BDL 1250/3
CNC beam drill line
Good faith estimated value listed based upon
online offer**                                    $15,000.00    Liquidation    $15,000.00

| | | |
|---|---|---|

51.    **Total of Part 8.**                                                                  $15,000.00

Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. | | | | |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor    **Iowa Wind & Solar, LLC**                                    Case number *(If known)*  **25-02724**
_____Name_____

60.    **Patents, copyrights, trademarks, and trade secrets**

61.    **Internet domain names and websites**
       **simpleray.com**                                          **Unknown**                              **Unknown**

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**
       **Customer lists**                                         **Unknown**                              **Unknown**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                                    **$0.00**

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ☐ No
       ■ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

                                                                              **Current value of
                                                                              debtor's interest**

71.    **Notes receivable**
       Description (include name of obligor)

                                      -                              =
       _____    _____    _____
                          Total face amount    doubtful or uncollectible amount

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

                                                Tax year _____    _____

73.    **Interests in insurance policies or annuities**

       _____                                _____

Debtor    **Iowa Wind & Solar, LLC**
Name
Case number *(If known)* **25-02724**

---

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

    **Nature of claim**
    **Amount requested**

---

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    **Nature of claim**
    **Amount requested**

---

76.    **Trusts, equitable or future interests in property**

---

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

---

78.    **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☐ Yes

| Debtor | **Iowa Wind & Solar, LLC** | Case number *(If known)* **25-02724** |
|---|---|---|
| | Name | |

<div style="background:black;color:white">Part 12:</div> **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $43,904.94 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $355,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $15,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $413,904.94 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $413,904.94 |

| Fill in this information to identify the case: |
| --- |
| Debtor name **Iowa Wind & Solar, LLC** |
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) **25-02724** |

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** **Alan Winter**<br>Creditor's Name<br><br>**10171 SW 3rd Street**<br>**Plantation, FL 33324**<br>Creditor's mailing address<br><br>**alan@alanmwinter.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**8/1/2019**<br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Blanket security agreement over all corporate assets (2nd in line behind LSB)**<br><br>Describe the lien<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$226,868.47** | **$0.00** |
| **2.2** **Libertyville Savings Bank**<br>Creditor's Name<br><br><br>**2000 West Jefferson**<br>**PO Box 744**<br>**Fairfield, IA 52556**<br>Creditor's mailing address<br><br>**djohnson@lsbia.bank**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**3/3/2021 (modified on** | Describe debtor's property that is subject to a lien<br>**Promissory Note**<br>**Related to Petition in Equity: EQEQ004676**<br>**$1,617,576.40 Note balance**<br>**$65,054.38 accrued interest**<br>**$60.00 late fees**<br>**$226,460.69344 accrued post-filing interest until petition date 2/25/25 (292 days/per diem of $775.55032)**<br><br>Describe the lien<br>**Secured loan**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$1,909,151.47** | **$0.00** |

| Debtor | **Iowa Wind & Solar, LLC** | Case number (if known) | **25-02724** |
|---|---|---|---|
| | Name | | |

5/12/2022 and 1/5/2023)
**Last 4 digits of account number**
**7126**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 | **SBA** | |
|---|---|---|

Creditor's Name

**409 3rd Street, SW**
**Washington, DC 20416**

Creditor's mailing address

**covideidlservicing@sba.go**
**v**

Creditor's email address, if known

**Date debt was incurred**
**6/11/2020**

**Last 4 digits of account number**
**7910**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**    $516,477.41    $0.00
**All corporate assets**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $2,652,497.35 |

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Denefe, Gardner, & Zingg, PC**<br>**104 South Court Street**<br>**PO Box 493**<br>**Ottumwa, IA 52501** | Line   **2.2** | |

---

**Fill in this information to identify the case:**

Debtor name   **Iowa Wind & Solar, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   **25-02724**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | $75,279.15 | $75,279.15 |

As of the petition filing date, the claim is:
*Check all that apply.*

**2.1** Priority creditor's name and mailing address

**Illinois Department of Revenue**
**200 S. Wyman Street**
**Suite 306**
**Rockford, IL 61101-1234**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**8/2022**

Basis for the claim:
**Sales/Use & E911 Surcharge tax**
**IL withholding income tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | $8,984.50 |

**3.1** Nonpriority creditor's name and mailing address

**A and E Construction Layout**
**PO Box 1322**
**Deer Park, TX 77536**

Date(s) debt was incurred ____

Last 4 digits of account number ____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**3.2** Nonpriority creditor's name and mailing address

**A&P LLC c/o Randy Arnold**
**1621 W. Candletree Drive**
**Peoria, IL 61614**

Date(s) debt was incurred ____

Last 4 digits of account number ____

As of the petition filing date, the claim is: *Check all that apply.*                    $9,443.60
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Owed incentives**
**Accounts Payable #2 of 2**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Iowa Wind & Solar, LLC** | Case number (if known) | **25-02724** |
|---|---|---|---|
| | Name | | |

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$313,372.75** |
|---|---|---|---|

**ABP Archer Daniels Midland Company**
**2 Dog's Way**
**Harvard, IL 60033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Accounts Payable #1 of 2**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,406.00** |
|---|---|---|---|

**Accubuild**
**5000 sunnyside Avenue**
**Beltsville, MD 20705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Aegis Renewable Energy**
**340 Mad River Park**
**Suite 6**
**Waitsfield, VT 05673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Accounts Payable**
**Project incomplete at time of Bankrkuptcy filing**
**Exact amount owed unknown**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,961.20** |
|---|---|---|---|

**Althoff Industries**
**8001 S. IL Route 31**
**Crystal Lake, IL 60014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Owed incentives**
**Accounts Payable #1 of 2**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,247.00** |
|---|---|---|---|

**Althoff Industries**
**8001 S. IL Route 31**
**Crystal Lake, IL 60014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Owed incentives**
**Accounts Payable #2 of 2**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,329.52** |
|---|---|---|---|

**Altorfer Inc.**
**PO Box 809629**
**Chicago, IL 60680-8802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$85,212.50** |
|---|---|---|---|

**Alumitank**
**c/o Bob Kirkpatrick**
**11317 US 14**
**Harvard, IL 60033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Owed incentives**
**Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Iowa Wind & Solar, LLC** | Case number (if known) | **25-02724** |
|---|---|---|---|

Name

---

**3.10**

**Nonpriority creditor's name and mailing address**

**Alwan Enterprises**
**703 East War Memorial Drive**
**Peoria Heights, IL 61616**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Owed incentives**
**Accounts Payable**

Is the claim subject to offset? ☐ No ☐ Yes

**$94,868.70**

---

**3.11**

**Nonpriority creditor's name and mailing address**

**American Express**
**Po Box 981537**
**El Paso, TX 79998**

Date(s) debt was incurred _

Last 4 digits of account number  **5000**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ☐ No ☐ Yes

**$14,254.22**

---

**3.12**

**Nonpriority creditor's name and mailing address**

**Arnold Motor Supply**
**PO Box 320**
**Spencer, IA 51301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ☐ No ☐ Yes

**$421.82**

---

**3.13**

**Nonpriority creditor's name and mailing address**

**Aurora Solar**
**PO Box 102896**
**Pasadena, CA 91189-2896**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ☐ No ☐ Yes

**$5,697.50**

---

**3.14**

**Nonpriority creditor's name and mailing address**

**Bank of America**
**PO Box 982235**
**El Paso, TX 79998**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No ☐ Yes

**$36,000.00**

---

**3.15**

**Nonpriority creditor's name and mailing address**

**Basehoar Pigs LLC**
**c/o Eleanor Basehoar**
**19511 North Brimfield Road**
**Laura, IL 61451**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Owed incentives**
**Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

**$6,214.65**

---

**3.16**

**Nonpriority creditor's name and mailing address**

**Bert Huftalin**
**25185 Goelitz Riad**
**Malta, IL 60150**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Owed incentives**
**Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

**$53,719.00**

---

| Debtor | **Iowa Wind & Solar, LLC** | | Case number (*if known*) | **25-02724** |
|---|---|---|---|---|
| | Name | | | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bert Huftalin**
**25185 Goelitz Riad**
**Malta, IL 60150**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Accounts Payable__
__Project incomplete at time of Bankruptcy filing__
__Exact amount owed unknown__

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,713.60** |
|---|---|---|---|

**Beyond Stable Farm LLC**
**11129 State Route 176**
**Woodstock, IL 60098**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Owed incentives__
__Accounts Payable__

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,129.95** |
|---|---|---|---|

**Blue Sky Satellite Services, Inc.**
**2116 Delaware Street**
**Lawrence, KS 66046**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Accounts Payable__

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,795.22** |
|---|---|---|---|

**BMO Harris**
**PO Box 7167**
**Pasadena, CA 91109-7167**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Accounts Payable__

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,015.00** |
|---|---|---|---|

**Bradley R. Barnes CPA PC**
**110 East 3rd Street**
**Ottumwa, IA 52501**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Accounts Payable__

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,761.80** |
|---|---|---|---|

**Burt Loitz**
**6688 Wolf Road**
**Colona, IL 61241**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Owed incentives__
__Accounts Payable__

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,247.00** |
|---|---|---|---|

**Casler Cleaning**
**1606 Southview Circle**
**Fairfield, IA 52556**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Accounts Payable__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Iowa Wind & Solar, LLC** | | Case number (if known) | **25-02724** |
|---|---|---|---|---|
| | Name | | | |

---

**3.24** | Nonpriority creditor's name and mailing address
**CCE Services**
**605 West 2nd Avenue**
**Durant, IA 52747**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$535.00**

---

**3.25** | Nonpriority creditor's name and mailing address
**Chicago Switchboard LLC**
**470 W. Wrightwood Avenue**
**Elmhurst, IL 60126**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,938.60**

---

**3.26** | Nonpriority creditor's name and mailing address
**Christian Pugh**
**1303 East Curtis Street**
**Laramie, WY 82072**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Debt owed**

Is the claim subject to offset? ■ No  ☐ Yes

**$870,500.00**

---

**3.27** | Nonpriority creditor's name and mailing address
**City of Silvis**
**985 Avenue of the Cities**
**Silvis, IL 61282**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**
**Project incomplete at time of Bankrkuptcy filing**
**Exact amount owed unknown**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.28** | Nonpriority creditor's name and mailing address
**CL Electrical Services, LLC**
**808 North B Street**
**Fairfield, IA 52556**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$96,471.75**

---

**3.29** | Nonpriority creditor's name and mailing address
**Connelly Sanitation Inc.**
**PO Box 2233**
**Fairfield, IA 52556**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$825.07**

---

**3.30** | Nonpriority creditor's name and mailing address
**Dan Koster**
**26565 West Science Ridge Road**
**Sterling, IL 61081**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Owed incentives**
**Accounts Payable #1 of 3**

Is the claim subject to offset? ■ No  ☐ Yes

**$40,638.60**

---

| Debtor | **Iowa Wind & Solar, LLC** | | Case number (*if known*) | **25-02724** |
|---|---|---|---|---|
| | Name | | | |

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31,888.80**

**Dan Koster**
**26565 West Science Ridge Road**
**Sterling, IL 61081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number** _

Basis for the claim:  **Owed incentives**
**Accounts Payable #2 of 3**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,030.00**

**Dan Koster**
**26565 West Science Ridge Road**
**Sterling, IL 61081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number** _

Basis for the claim:  **Owed incentives**
**Accounts Payable #3 of 3 (Hog Barns)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,266.33**

**Dave Bessine Electric**
**715 Valley Street**
**Burlington, IA 52601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number** _

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,207.40**

**Dave Smith**
**23360 Grange Road**
**Geneseo, IL 61254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number** _

Basis for the claim:  **Owed incentives**
**Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,748.60**

**David Norman**
**165 Darden Lane**
**Washington, IL 61571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number** _

Basis for the claim:  **Owed incentives**
**Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,059.40**

**DeKalb Mechnical**
**c/o Steve Doonan**
**399 Wurlitzer Drive**
**DeKalb, IL 60115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number** _

Basis for the claim:  **Owed incentives**
**Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Iowa Wind & Solar, LLC** | Case number (if known) | **25-02724** |
|---|---|---|---|
| | Name | | |

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,472.60** |
|---|---|---|---|

**Diamond Tour Golf**
**202 Lucas Street**
**Sycamore, IL 60178**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Owed incentives Accounts Payable**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,474.20** |
|---|---|---|---|

**Drew DeSutter**
**3395 75th Avenue**
**New Windsor, IL 61465**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Owed incentives Accounts Payable**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,753.68** |
|---|---|---|---|

**Ed's Heating AC Plumbing & Electric**
**111 South Chestnut Street**
**Kewanee, IL 61443**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Owed incentives Accounts Payable**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,082.90** |
|---|---|---|---|

**EJ Equipment**
**c/o Ed Lesage**
**1920 Formosa Riad**
**Troy, IL 62294**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Owed incentives Accounts Payable**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**EJ Equipment**
**c/o Ed Lesage**
**1920 Formosa Riad**
**Troy, IL 62294**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Accounts Payable Project incomplete at time of Bankrkuptcy filing Exact amount owed unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,922.60** |
|---|---|---|---|

**Foster Jacob & Emily Jacob-Rudesill**
**826 West Main Street**
**Peoria, IL 61606**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Owed incentives Accounts Payable**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **Iowa Wind & Solar, LLC**
_____
Name

Case number (*if known*) **25-02724**

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fox Metro c/o Springer Larsen**
**300 S. County Farm Rd., Suite G**
**Wheaton, IL 60187**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Accounts Payable**
**Project incomplete at time of Bankrkuptcy filing**
**Exact amount owed unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,929.60** |
|---|---|---|---|

**Frese Ornamental Nursery, Inc.**
**3100 North 18th Street**
**Quincy, IL 62305**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Owed incentives**
**Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,116.16** |
|---|---|---|---|

**Green Mountain Electric Supply**
**356 Rathe Road**
**Colchester, VT 05446**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,816.20** |
|---|---|---|---|

**Gregory Farms/Jeff Gregory**
**2327 15th Avenue**
**Alexis, IL 61412**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Owed incentives**
**Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7.55** |
|---|---|---|---|

**Harbor Freight**
**1010 E. Kimberly Road, Suite 4**
**Davenport, IA 52807**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,299.27** |
|---|---|---|---|

**Hardcastle Construction LLC**
**2329 Kale Blvd.**
**Fairfield, IA 52556**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,288.40** |
|---|---|---|---|

**Harper Howard Properties, LLC**
**1300 SE 2nd Street**
**Galva, IL 61434**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Owed incentives**
**Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Iowa Wind & Solar, LLC** | Case number (if known) | **25-02724** |
|---|---|---|---|
| | Name | | |

---

**3.50**

**Nonpriority creditor's name and mailing address**
**Hartmann Farms**
**21105 Hartman Road**
**Maple Park, IL 60151**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Owed incentives**
**Accounts Payable #1 of 2**

Is the claim subject to offset? ■ No  ☐ Yes

**$32,727.50**

---

**3.51**

**Nonpriority creditor's name and mailing address**
**Hartmann Farms**
**21105 Hartman Road**
**Maple Park, IL 60151**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Owed incentives**
**Accounts Payable #2 of 2**

Is the claim subject to offset? ■ No  ☐ Yes

**$28,074.50**

---

**3.52**

**Nonpriority creditor's name and mailing address**
**Hurst Manufacturing**
**823 (th Street West**
**Milan, IL 61264**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Owed incentives**
**Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$37,202.52**

---

**3.53**

**Nonpriority creditor's name and mailing address**
**Ideal Farms Partnership**
**c/o Mike Johnson**
**20400 Ideal Road**
**Chadwick, IL 61014**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Owed incentives**
**Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,659.00**

---

**3.54**

**Nonpriority creditor's name and mailing address**
**Illinois Piping Corp.**
**c/o Brent Lewis**
**2323 SW Washington Street**
**Peoria, IL 61602**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Owed incentives**
**Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$12,852.00**

---

**3.55**

**Nonpriority creditor's name and mailing address**
**Iowa Association of Municipal Utili**
**1735 NE 70th Avenue**
**Ankeny, IA 50021**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$650.00**

---

**3.56**

**Nonpriority creditor's name and mailing address**
**JA Clark LLC**
**2404 W. 15th Street**
**Newton, IA 50208**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$51,710.00**

---

| Debtor | **Iowa Wind & Solar, LLC** | | Case number (if known) | **25-02724** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$26,402.35** |
|---|---|---|---|

**Jim Purlee**
**15196 Boon Mc Henry County Line Rd.**
**Capron, IL 61012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Owed incentives__
__Accounts Payable__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,603.40** |
|---|---|---|---|

**Joan & Tom Golemon**
**3000 Crown Point Drive**
**Springfield, IL 62704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Owed incentives__
__Accounts Payable__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,784.60** |
|---|---|---|---|

**John Olson**
**2862 120th Street**
**Alexis, IL 61412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Owed incentives__
__Accounts Payable__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,903.40** |
|---|---|---|---|

**Justin Moffitt**
**1067 Knox Highway**
**17 Gilson**
**Gilson, IL 61436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Owed incentives__
__Accounts Payable__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17,094.40** |
|---|---|---|---|

**Keith and Tracy Morling**
**2387 170th Street**
**Galesburg, IL 61401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Owed incentives__
__Accounts Payable__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$630.84** |
|---|---|---|---|

**Keosauqua Lumber**
**303 West Broadway**
**Fairfield, IA 52556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Accounts Payable__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Iowa Wind & Solar, LLC**
_____
Name

Case number (if known)   **25-02724**

---

**3.63** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,055.12**
**Lance Humphreys**
**1444 Knox Road**
**Gilson, IL 61436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Owed incentives**
**Accounts Payable #1 of 2**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,328.68**
**Lance Humphreys**
**1444 Knox Road**
**Gilson, IL 61436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Owed incentives**
**Accounts Payable #2 of 2 (Hog site addition)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,547.28**
**Larson Farms**
**17520 Keslinger Road**
**Maple Park, IL 60151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37,116.78**
**Lewis Brisbois Bisgaard & Smith LLP**
**633 West 5th Sreet**
**Suite 4000**
**Los Angeles, CA 90071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$49,680.48**
**Mark Von Holten**
**19170 Rush Road**
**Lyndon, IL 61261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Owed incentives**
**Accounts Payable #2 of 2 (Atkinson)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$56,089.64**
**Mark Von Holten**
**19170 Rush Road**
**Lyndon, IL 61261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Owed incentives**
**Accounts Payable #1 of 2 (Lyndon)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,176.16**
**Meredith Bennet-Takacs**
**3417 214th Street North**
**Port Byron, IL 61275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Iowa Wind & Solar, LLC** | Case number (if known) | **25-02724** |
|---|---|---|---|
| | Name | | |

---

**3.70** | Nonpriority creditor's name and mailing address

**Mid State Ag**
**16930 Christmas Treet Road**
**Green Valley, IL 61534**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Owed incentives**
**Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

**$20,340.20**

---

**3.71** | Nonpriority creditor's name and mailing address

**MPA Computers**
**PO Box 1928**
**Fairfield, IA 52556**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

**$10,888.20**

---

**3.72** | Nonpriority creditor's name and mailing address

**National Railroad Safety Services**
**7395 Kingsgate Way**
**West Chester, OH 45069**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

**$2,910.00**

---

**3.73** | Nonpriority creditor's name and mailing address

**Norbert Hohrein**
**10972 State Route 4**
**Lebanon, IL 62254**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Owed incentives**
**Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

**$4,277.55**

---

**3.74** | Nonpriority creditor's name and mailing address

**Orange Crush Recycle**
**321 Center Street**
**Hillside, IL 60162**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Owed incentives**
**Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

**$64,720.50**

---

**3.75** | Nonpriority creditor's name and mailing address

**Osterehoff Fence**
**1695 S. Schuyler Avenue**
**Kankakee, IL 60901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

**$84,325.00**

---

**3.76** | Nonpriority creditor's name and mailing address

**Outdoor Oasis**
**1507 Southview Circle**
**Fairfield, IA 52556**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

**$1,850.00**

---

| Debtor | **Iowa Wind & Solar, LLC** | Case number (if known) | **25-02724** |
|---|---|---|---|
| | Name | | |

---

**3.77** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$80,852.50**

**Outsen Electric, Inc.**
**831 W. River Place**
**Kankakee, IL 60901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75,760.50**

**Paragon Pork**
**19170 Rush Road**
**Lyndon, IL 61261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Owed incentives
Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$31,888.30**

**Phase Two LLC**
**2551 New Glasgow Road**
**Fairfield, IA 52556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$42,408.41**

**Pointer Electric**
**525 Mound Street**
**Jerseyville, IL 62052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.81** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,187.45**

**Quad County Ready Mix**
**c/o Neil Hustedde**
**600 Chppewa Road**
**Harvard, IL 60033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Owed incentives
Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,701.60**

**Raymond Anderson**
**1622 Angling Road**
**Alexis, IL 61412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Owed incentives
Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,599.60**

**Reserve Artisan Ales**
**c/o Robert Benedict**
**185 South Kellog Street**
**Galesburg, IL 61401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Owed incentives
Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Iowa Wind & Solar, LLC** | Case number (if known) | **25-02724** |
|---|---|---|---|
| | Name | | |

---

**3.84**

**Nonpriority creditor's name and mailing address**
**Richard Tyne**
**25534 Dutchtown Road**
**Maple Park, IL 60151**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Owed incentives**
**Accounts Payable #1 of 3 (Grain site)**

Is the claim subject to offset? ■ No ☐ Yes

**$8,386.80**

---

**3.85**

**Nonpriority creditor's name and mailing address**
**Richard Tyne**
**25534 Dutchtown Road**
**Maple Park, IL 60151**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Owed incentives**
**Accounts Payable #2 of 3 (Hog site)**

Is the claim subject to offset? ■ No ☐ Yes

**$6,085.35**

---

**3.86**

**Nonpriority creditor's name and mailing address**
**Richards Electric Motor Company**
**c/o Bill Dietrich**
**2028 Quintron Way**
**Martelle, IA 52305**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Owed incentives**
**Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

**$23,411.00**

---

**3.87**

**Nonpriority creditor's name and mailing address**
**Rimon P.C.**
**875 N. Michigan Avenue**
**Suite 3100**
**Chicago, IL 60611**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

**$4,122.50**

---

**3.88**

**Nonpriority creditor's name and mailing address**
**Robert Wiechmann**
**18648 North 200 East Road**
**Flanagan, IL 61740**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

**$4,875.50**

---

**3.89**

**Nonpriority creditor's name and mailing address**
**Round Trip, c/o Springer Larsen LLC**
**300 S. County Farm Rd., Suite G**
**Wheaton, IL 60187**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract/Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

**$361,229.78**

---

**3.90**

**Nonpriority creditor's name and mailing address**
**Select Genetics**
**1709 16th Street NE**
**Willmar, MN 56201**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**
**Project incomplete at time of Bankrkuptcy filing**
**Exact amount owed unknown**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    **Iowa Wind & Solar, LLC**                                     Case number (if known)    **25-02724**

Name

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,123.35** |
|---|---|---|---|

**Sharon Harrison**
**10508 W. Edgewood Road**
**Polo, IL 61064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Owed incentives**
**Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$19,477.95** |
|---|---|---|---|

**Sisler's Ice, Inc c/o Springer Lars**
**300 S. County Farm Rd., Suite G**
**Wheaton, IL 60187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Contract**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,970.60** |
|---|---|---|---|

**Sisler's Ice, Inc.**
**274 Harvestore Drive**
**DeKalb, IL 60115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Owed incentives**
**Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,851.06** |
|---|---|---|---|

**SJ Smith Co., Inc.**
**3707 West River Drive**
**Davenport, IA 52802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,086.40** |
|---|---|---|---|

**Smallwood Farms, Inc.**
**c/o Tim Smallwood**
**739 State Highway 135**
**Alexis, IL 61412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Owed incentives**
**Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,496.30** |
|---|---|---|---|

**Solar Brife LLC**
**3480 Glenbrook Circle North**
**Bettendorf, IA 52722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$557,425.00** |
|---|---|---|---|

**Solar Pile Driver Rents LLC**
**1806 W. Stone Avenue**
**Fairfield, IA 52556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Iowa Wind & Solar, LLC** | Case number (if known) | **25-02724** |

Name

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,894.61** |

**Sprint Electrical Service, Inc.**
**1575 Jarvis Avenue**
**Elk Grove Village, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,184.60** |

**Steve Gregory**
**2842 10th Avenue**
**Alexis, IL 61412**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Owed incentives**
**Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,235.53** |

**Sunbelt Rentals**
**PO Box 409211**
**Atlanta, GA 30384-9211**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,822.89** |

**Tibbles Talent LLC**
**1036 U.S. 1**
**North Palm Beach, FL 33408**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53,940.05** |

**Triple E Farms**
**1674 Knox Highway 4**
**Altona, IL 61414**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Owed incentives**
**Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,167.46** |

**Trusted Electric LLC**
**800 Oneida Street, Suite C**
**Storm Lake, IA 50588**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Valo Biomedia c/o Springer Larsen**
**300 S. County Farm Rd., Suite G**
**Wheaton, IL 60187**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Accounts Payable**
**Project incomplete at time of Bankrkuptcy filing**
**Exact amount owed unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Iowa Wind & Solar, LLC** | Case number (if known) | **25-02724** |
|---|---|---|---|
| | Name | | |

---

**3.105** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,675.00**

**Vector Structural Engineering LLC**
**651 W. Galena Park Blvd.**
**Suite 101**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.106** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$54,878.10**

**Vegter Steel Fabrication**
**c/o Mike Veger**
**800 French Creek Road**
**Morrison, IL 61270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Owed incentives**
**Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.107** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,980.60**

**Walter D. Laud, Inc.**
**c/o Scott Laud**
**821 South 2nd Avenue**
**East Moline, IL 61244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Owed incentives**
**Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.108** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,250.00**

**Wang Engineering**
**PO bod 959673**
**Saint Louis, MO 63195-9673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.109** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,238.00**

**Wayne Streitmatter**
**9107 N. Maher Road**
**Brimfield, IL 61517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Owed incentives**
**Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.110** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,985.15**

**Weber Auto Group c/o Brian Weber**
**205 1st Avenue**
**Silvis, IL 61282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Owed incentives**
**Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,934.00**

**Whatever It Takes Repair**
**c/o Mark Reiss**
**2328 South Galena Avenue**
**Dixon, IL 61021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Owed incentives**
**Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Iowa Wind & Solar, LLC** | Case number (if known) | **25-02724** |
|---|---|---|---|
| | Name | | |

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,241.52 |
|---|---|---|---|

**William Albertson**
**320 Crooked Stick Drive**
**Alpharetta, GA 30004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,400.00 |
|---|---|---|---|

**Windward Roofing Construction**
**PO Box 354**
**Bedford Park, IL 60499**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,906.40 |
|---|---|---|---|

**Winnebago Animal Clinic**
**2053. N. Winnebago Road**
**Rockford, IL 61102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Owed incentives**
**Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Round Trip, LLC**<br>**10327 Summit Avenue**<br>**Kensington, MD 20895** | Line **3.89**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **VALO Biomedia**<br>**2737 Roop Road**<br>**Taneytown, MD 21787** | Line **3.104**<br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 75,279.15 |
| 5b. Total claims from Part 2 | 5b. + | $ 4,178,342.20 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 4,253,621.35 |

| Fill in this information to identify the case: |
|---|

Debtor name **Iowa Wind & Solar, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) **25-02724**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest     **Service agreement** | |
| State the term remaining     **December 2049** | **Solaris Investments, Inc.**<br>**2551 New Glasgow Road**<br>**Fairfield, IA 52556** |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name   **Iowa Wind & Solar, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   **25-02724**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Christian Pugh** | **1303 East Curtis Street Laramie, WY 82072** | **Libertyville Savings Bank** | ■ D __2.2__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.2 | **Christian Pugh** | **1303 East Curtis Street Laramie, WY 82072** | **Alan Winter** | ■ D __2.1__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.3 | **Christian Pugh** | **1303 East Curtis Street Laramie, WY 82072** | **SBA** | ■ D __2.3__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.4 | **Christian Pugh** | **1303 East Curtis Street Laramie, WY 82072** | **Illinois Department of Revenue** | ☐ D ____ <br> ■ E/F __2.1__ <br> ☐ G ____ |
| 2.5 | **David Birchmier** | **306 S. 30th Street Fairfield, IA 52556** | **Libertyville Savings Bank** | ■ D __2.2__ <br> ☐ E/F ____ <br> ☐ G ____ |

| Debtor | **Iowa Wind & Solar, LLC** | Case number *(if known)* | **25-02724** |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **David Birchmier** | **306 S. 30th Street**<br>**Fairfield, IA 52556** | **Alan Winter** | ■ D    **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **David Birchmier** | **306 S. 30th Street**<br>**Fairfield, IA 52556** | **SBA** | ■ D    **2.3**<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **David Birchmier** | **306 S. 30th Street**<br>**Fairfield, IA 52556** | **Bank of America** | ☐ D _____<br>■ E/F    **3.14**<br>☐ G _____ |
| 2.9 | **David Birchmier** | **306 S. 30th Street**<br>**Fairfield, IA 52556** | **Illinois Department of Revenue** | ☐ D _____<br>■ E/F    **2.1**<br>☐ G _____ |
| 2.10 | **Tyler Anderson** | **2551 New Glasgow Road**<br>**Fairfield, IA 52556** | **American Express** | ☐ D _____<br>■ E/F    **3.11**<br>☐ G _____ |
| 2.11 | **Wayne Pugh** | **1303 E. Curtis Street**<br>**Laramie, WY 82072** | **Libertyville Savings Bank** | ■ D    **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **Wayne Pugh** | **1303 E. Curtis Street**<br>**Laramie, WY 82072** | **Alan Winter** | ■ D    **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | **Wayne Pugh** | **1303 E. Curtis Street**<br>**Laramie, WY 82072** | **SBA** | ■ D    **2.3**<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Iowa Wind & Solar, LLC** | Case number *(if known)* | **25-02724** |
| --- | --- | --- | --- |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** |
| --- | --- | --- |

| 2.14 | **Wayne Pugh** | **1303 E. Curtis Street**<br>**Laramie, WY 82072** | **Illinois Department of Revenue** | ☐ D _____<br>■ E/F __2.1__<br>☐ G _____ |

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Iowa Wind & Solar, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | **25-02724** |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ☐ Operating a business<br>■ Other **Operating a Business (collection of Accounts Receivable from pre-2024)** | **$117,935.75** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other | **$1,226,152.51** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other | **$10,641,813.51** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor   **Iowa Wind & Solar, LLC**                                         Case number *(if known)*   **25-02724**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Libertyville Savings Bank**<br>**2000 West Jefferson**<br>**PO Box 744**<br>**Fairfield, IA 52556** | **1/3/25** | **$100,000.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Libertyville Savings Bank**<br>**2000 West Jefferson**<br>**PO Box 744**<br>**Fairfield, IA 52556** | **1/6/25** | **$17,935.75** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Libertyville Savings Bank**<br>**2000 West Jefferson**<br>**PO Box 744**<br>**Fairfield, IA 52556** | **UCC Sheriff's Sale of all tangible corporate assets** | **12/17/2024** | **$151,000.00** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

| Debtor | **Iowa Wind & Solar, LLC** | | Case number *(if known)* | **25-02724** |
|---|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Libertyville Savings Bank v. Simpleray, LLC f/k/a Iowa Wind and Solar, LLC, David Lee Birchmier, Thurman Wayne Pugh, Christian Michael Pugh, Birchmier Holdings, Inc., Canny Corp, Strikepoint, LLC, Dedicated Funding LLC, United States of American through U.S. Small Business Administration, Ronald Heller, Aynur Heller, and Alan M. Winter Trust, With Alan M. Winter and Robin Winter, Co-Trustees**<br>**EQEQ004676** | **Petition in Equity** | **Iowa District Court; Jefferson County 5 East Briggs, Suite 5 Fairfield, IA 52556** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **EJ Equipment v. Debtor** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Select Genetics v. Iowa Wind and Solar, LLC**<br>**97511 LALA004672** | **Unknown Default entered 4/8/25** | **Jefferson County Court 51 W. Briggs Avenue Fairfield, IA 52556** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | **Libertyville Savings Bank v. 1806 West Stone LLC, et al**<br>**08511 EQEQ004675** | **Dismissed 8/7/24** | **Iowa District Court; Jefferson County 5 East Briggs, Suite 5 Fairfield, IA 52556** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. | **Valo Biomedia North America LLC v. Simpleray, LLC**<br>**08511 LALA004627** | **Default entered 3/10/25** | **Iowa District Court; Jefferson County 5 East Briggs, Suite 5 Fairfield, IA 52556** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Debtor | **Iowa Wind & Solar, LLC** | Case number *(if known)* | **25-02724** |
|---|---|---|---|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Urban & Burt, Ltd.**<br>**5320 West 159th Street, Suite 501**<br>**Oak Forest, IL 60452** | | **May 2025** | **$20,000.00** |
| | Email or website address<br>**bk@urbanburt.com** | | | |
| | Who made the payment, if not debtor?<br>**Christian Pugh - 1/3; Wayne Pugh - 1/3; David Birchmier - 1/3** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Iowa Wind & Solar, LLC** | Case number *(if known)* | **25-02724** |
|---|---|---|---|

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

■ Yes. State the nature of the information collected and retained.

**Names/Addresses**

Does the debtor have a privacy policy about that information?

■ No

☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.

■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **The Contractors Retirement Plan (Debtor does not have access to Plan, which is likely delinquent)** | EIN:   **Unknown** |

Has the plan been terminated?

☐ No

■ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Libertyville Savings Bank 7000 West Jefferson PO Box 744 Fairfield, IA 52556** | **XXXX-2555** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **March 24, 2024** | **$0.00** |

Debtor    **Iowa Wind & Solar, LLC**                                          Case number *(if known)* **25-02724**

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.2. | **Bank of America**<br>**PO Box 982235**<br>**El Paso, TX 79998** | **XXXX-6349** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Unknown (potentially still open but inaccessible to Debtors); likely closed in 2024** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Simpleray's former warehouse**<br>**1806 West Stone Avenue**<br>**Fairfield, IA 52556** | **Brian Anderson**<br>**104 South Iris Street**<br>**Mount Pleasant, IA 52641** | **All tangible corporate assets for foreclosure auction between time of building's sale and auction** | ■ No<br>☐ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page **6**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | Iowa Wind & Solar, LLC | Case number *(if known)* | **25-02724** |

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.** Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.** Has the debtor notified any governmental unit of any release of hazardous material?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| 25.1. **Solar Pile Driver Rents LLC & Solar Pile Driver LLC** | **Pile driving business** | **EIN: Unknown** <br> **From-To 6/2022-12/2022** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Kyle Thompson** <br> **1413 N. Van Buren Avenue** <br> **Ottumwa, IA 52501** | **2022-mid-2023** |
| 26a.2. **Marlene Williams** <br> **2811 NW 145th Street** <br> **Urbandale, IA 50323** | **2023** |
| 26a.3. **Lori Anderson** <br> **1502 Indian Creek Circle** <br> **Fairfield, IA 52556** | **~2016-2024** |
| 26a.4. **Financial Care Professionals** <br> **4920 Pleasant Street, #1** <br> **West Des Moines, IA 50266** | **2023-2024** |
| 26a.5. **Bradley T. Barnes, CPA, P.C.** <br> **110 3rd Street E** <br> **Ottumwa, IA 52501** | **2022-2023** |
| 26a.6. **Frederick Swartz & Co.** <br> **200 W. Washington Avenue** <br> **Fairfield, IA 52556** | **2008-2022** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Iowa Wind & Solar, LLC**                              Case number *(if known)*  **25-02724**

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | **Financial Care Professionals**<br>**4920 Pleasant Street, #1**<br>**West Des Moines, IA 50266** | **2023-2024** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. | **Bradley T. Barnes, CPA, P.C.**<br>**110 3rd Street E**<br>**Ottumwa, IA 52501** | **2023** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Financial Care Professionals**<br>**4920 Pleasant Street, #1**<br>**West Des Moines, IA 50266** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | **Libertyville Savings Bank**<br>**2000 West Jefferson**<br>**PO Box 744**<br>**Fairfield, IA 52556** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☒ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. | **Craig Hilpipre** | **12/9/2024** | **Appraised FMV $209,500.00** |

| Name and address of the person who has possession of inventory records |
|---|
| **Equipment Marketers & Appraisers**<br>**3826 Cedar Heights Drive**<br>**Cedar Falls, IA 50613** |

Debtor  **Iowa Wind & Solar, LLC**                                    Case number *(if known)* **25-02724**

| 27.2. | **Name of the person who supervised the taking of the inventory**<br>**David Birchmier** | **Date of inventory**<br><br>**mid-2024** | **The dollar amount and basis (cost, market, or other basis) of each inventory**<br>**Unknown** |
|---|---|---|---|
| | **Name and address of the person who has possession of inventory records**<br>**David Birchmier**<br>**306 S. 30th Street**<br>**Fairfield, IA 52556** | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Birchmier | 306 S. 30th Street<br>Fairfield, IA 52556 | Equity holder | 33.33% |
| Christian Pugh | 1303 East Curtis Street<br>Laramie, WY 82072 | Equity holder | 33.33% |
| Wayne Pugh | 1303 E. Curtis Street<br>Laramie, WY 82072 | Equity holder | 33.33% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Debtor    **Iowa Wind & Solar, LLC**                                                Case number *(if known)*    **25-02724**

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 26, 2025**

**/s/ David Birchmier**                                              **David Birchmier**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor    _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re   __Iowa Wind & Solar, LLC__ _____     Case No.   __25-02724__
                                       Debtor(s)                Chapter    __7__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept _____     $ _____ 20,000.00

     Prior to the filing of this statement I have received _____     $ _____ 20,000.00

     Balance Due _____     $ _____ 0.00

2.   $ __0.00__ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor        ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor        ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
         reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
         522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation during adversary proceedings**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

__August 26, 2025__ _____     __/s/ Edmund G. Urban III__ _____
*Date*                                        **Edmund G. Urban III 6182264**
                                              *Signature of Attorney*
                                              **Urban & Burt, Ltd.**
                                              **5320 W 159th Street**
                                              **Suite 501**
                                              **Oak Forest, IL 60452**
                                              **708-687-5200  Fax: 708-687-5278**
                                              **bk@urbanburt.com**
                                              *Name of law firm*

**UB** | **URBAN & BURT, LTD.**
ATTORNEYS AT LAW
TELEPHONE: 708-687-5200
FAX: 708-687-5278
WWW.URBANBURT.COM

## Retainer agreement for - Chapter 7 Representation

The undersigned as Members/Managers of Iowa Wind and Solar, LLC d/b/a Simple Ray, LLC ("CLIENT"), do retain URBAN & BURT, LTD., ("URBAN & BURT") as attorneys for the representation of **Iowa Wind and Solar, LLC d/b/a Simple Ray, LLC in Case 25B02724** in connection with the filing of schedules and representation at the 341 meeting and any required 2004 examination of the owners of the company in the pending involuntary Chapter 7 Bankruptcy proceeding.

As consideration for their services, URBAN & BURT, LTD shall receive the sum of: $ 20,000.00 as a retainer. Attorney time will be charged at $550.00 per hour for time spent in the matter. Non attorney staff time shall be charged at a rate of $ 100.00 per hour. Any outside accountant retained by Urban & Burt, Ltd. shall be billed at the rate charged by those accounting resources and shall be disclosed prior to commencement of their engagement.

Attorneys Fees' shall be treated as an advanced payment retainer, and shall become property of URBAN & BURT, LTD upon payment, and will be deposited in the general accounts of URBAN & BURT, not in the firm's client trust account. As an alternative to such arrangement client has been advised that they could elect to use a security retainer, but that URBAN & BURT would require a security retainer in an amount substantially greater than above.

CLIENT agrees to promptly provide URBAN & BURT with full disclosure of all requested information including documentation of income, assets and debts, and agrees to attend all necessary meetings with URBAN & BURT, and all court set meetings and hearings.

In consideration for the funds paid to URBAN & BURT:

URBAN & BURT shall timely prepare, review with CLIENT, and file the debtor's petition, plan, statements, and schedules, and make any necessary amendments;

URBAN & BURT shall represent CLIENT at the 341 meeting and advise CLIENT of the requirement to attend the meeting of creditors, and the date, time, and place of the meeting;

URBAN & BURT shall attend all required routine court hearings except those excluded below.

CLIENT understands that:

They are hiring the firm of URBAN & BURT, and not any individual attorney from the firm, and that multiple attorneys may work on their case;

This contract does not include representation in the following: any Adversary Proceedings; Valuation Hearings; Non-Dischargeability Actions; Objections to Discharge; Redemptions. Those actions will require an additional contract and new additional retainer.

The undersigned as Members/Managers of the LLC, which has ceased operation and may have insufficient assets from which to retain and pay counsel understand that while they are executing on behalf of the LLC for the retention of counsel for the LLC. Each undersigned Member/Manager agrees that they each agree individually and severely to be responsible for all fees to be billed by Urban & Burt, Ltd. on behalf of their representation of the LLC in this case. The undersigned Members/Managers represent that the funds to be paid under this agreement are from individual funds and not funds of the LLC debtor.

Payment of the initial retainer shall be by Certified funds or Bank Cashier's Check payable to Urban & Burt, Ltd. and that an appearance will not be filed until receipt of those funds have cleared.

It is understood that fees shall be billed monthly on the last day of the month for work performed and that payment is due by the 10th of the month.  Balances not paid shall be charged with interest at the rate of 1.5% per month, reflecting 10% per year.  Should it be necessary to enforce this agreement by collection proceedings, attorneys' fees and costs for any such collection shall be payable at the hourly rate listed above.

I/we understand that this contract is not valid and binding  unless countersigned by a duly authorized officer of Urban & Burt, Ltd.

Agreed to by Client(s):

_____

David Birchmier, Individually and as Member/Manager

_____

Christian Pugh, Individually and as Member/Manager

_____

Thurman Pugh, Individually and as Member/Manager

Dated: _____5/22/25_____            Urban & Burt, Ltd. By: _____

.

A and E Construction Layout
PO Box 1322
Deer Park, TX 77536


A&P LLC c/o Randy Arnold
1621 W. Candletree Drive
Peoria, IL 61614


ABP Archer Daniels Midland Company
2 Dog's Way
Harvard, IL 60033


Accubuild
5000 sunnyside Avenue
Beltsville, MD 20705


Aegis Renewable Energy
340 Mad River Park
Suite 6
Waitsfield, VT 05673


Alan Winter
10171 SW 3rd Street
Plantation, FL 33324


Althoff Industries
8001 S. IL Route 31
Crystal Lake, IL 60014


Altorfer Inc.
PO Box 809629
Chicago, IL 60680-8802


Alumitank
c/o Bob Kirkpatrick
11317 US 14
Harvard, IL 60033


Alwan Enterprises
703 East War Memorial Drive
Peoria Heights, IL 61616


American Express
Po Box 981537
El Paso, TX 79998

Arnold Motor Supply
PO Box 320
Spencer, IA 51301

Aurora Solar
PO Box 102896
Pasadena, CA 91189-2896

Bank of America
PO Box 982235
El Paso, TX 79998

Basehoar Pigs LLC
c/o Eleanor Basehoar
19511 North Brimfield Road
Laura, IL 61451

Bert Huftalin
25185 Goelitz Riad
Malta, IL 60150

Beyond Stable Farm LLC
11129 State Route 176
Woodstock, IL 60098

Blue Sky Satellite Services, Inc.
2116 Delaware Street
Lawrence, KS 66046

BMO Harris
PO Box 7167
Pasadena, CA 91109-7167

Bradley R. Barnes CPA PC
110 East 3rd Street
Ottumwa, IA 52501

Burt Loitz
6688 Wolf Road
Colona, IL 61241

Casler Cleaning
1606 Southview Circle
Fairfield, IA 52556

CCE Services
605 West 2nd Avenue
Durant, IA 52747


Chicago Switchboard LLC
470 W. Wrightwood Avenue
Elmhurst, IL 60126


Christian Pugh
1303 East Curtis Street
Laramie, WY 82072


City of Silvis
985 Avenue of the Cities
Silvis, IL 61282


CL Electrical Services, LLC
808 North B Street
Fairfield, IA 52556


Connelly Sanitation Inc.
PO Box 2233
Fairfield, IA 52556


Dan Koster
26565 West Science Ridge Road
Sterling, IL 61081


Dave Bessine Electric
715 Valley Street
Burlington, IA 52601


Dave Smith
23360 Grange Road
Geneseo, IL 61254


David Birchmier
306 S. 30th Street
Fairfield, IA 52556


David Norman
165 Darden Lane
Washington, IL 61571

DeKalb Mechnical
c/o Steve Doonan
399 Wurlitzer Drive
DeKalb, IL 60115


Denefe, Gardner, & Zingg, PC
104 South Court Street
PO Box 493
Ottumwa, IA 52501


Diamond Tour Golf
202 Lucas Street
Sycamore, IL 60178


Drew DeSutter
3395 75th Avenue
New Windsor, IL 61465


Ed's Heating AC Plumbing & Electric
111 South Chestnut Street
Kewanee, IL 61443


EJ Equipment
c/o Ed Lesage
1920 Formosa Riad
Troy, IL 62294


Foster Jacob & Emily Jacob-Rudesill
826 West Main Street
Peoria, IL 61606


Fox Metro c/o Springer Larsen
300 S. County Farm Rd., Suite G
Wheaton, IL 60187


Frese Ornamental Nursery, Inc.
3100 North 18th Street
Quincy, IL 62305


Green Mountain Electric Supply
356 Rathe Road
Colchester, VT 05446

Gregory Farms/Jeff Gregory
2327 15th Avenue
Alexis, IL 61412


Harbor Freight
1010 E. Kimberly Road, Suite 4
Davenport, IA 52807


Hardcastle Construction LLC
2329 Kale Blvd.
Fairfield, IA 52556


Harper Howard Properties, LLC
1300 SE 2nd Street
Galva, IL 61434


Hartmann Farms
21105 Hartman Road
Maple Park, IL 60151


Hurst Manufacturing
823 (th Street West
Milan, IL 61264


Ideal Farms Partnership
c/o Mike Johnson
20400 Ideal Road
Chadwick, IL 61014


Illinois Department of Revenue
200 S. Wyman Street
Suite 306
Rockford, IL 61101-1234


Illinois Piping Corp.
c/o Brent Lewis
2323 SW Washington Street
Peoria, IL 61602


Iowa Association of Municipal Utili
1735 NE 70th Avenue
Ankeny, IA 50021

JA Clark LLC
2404 W. 15th Street
Newton, IA 50208


Jim Purlee
15196 Boon Mc Henry County Line Rd.
Capron, IL 61012


Joan & Tom Golemon
3000 Crown Point Drive
Springfield, IL 62704


John Olson
2862 120th Street
Alexis, IL 61412


Justin Moffitt
1067 Knox Highway
17 Gilson
Gilson, IL 61436


Keith and Tracy Morling
2387 170th Street
Galesburg, IL 61401


Keosauqua Lumber
303 West Broadway
Fairfield, IA 52556


Lance Humphreys
1444 Knox Road
Gilson, IL 61436


Larson Farms
17520 Keslinger Road
Maple Park, IL 60151


Lewis Brisbois Bisgaard & Smith LLP
633 West 5th Sreet
Suite 4000
Los Angeles, CA 90071

Libertyville Savings Bank
2000 West Jefferson
PO Box 744
Fairfield, IA 52556


Mark Von Holten
19170 Rush Road
Lyndon, IL 61261


Meredith Bennet-Takacs
3417 214th Street North
Port Byron, IL 61275


Mid State Ag
16930 Christmas Treet Road
Green Valley, IL 61534


MPA Computers
PO Box 1928
Fairfield, IA 52556


National Railroad Safety Services
7395 Kingsgate Way
West Chester, OH 45069


Norbert Hohrein
10972 State Route 4
Lebanon, IL 62254


Orange Crush Recycle
321 Center Street
Hillside, IL 60162


Osterehoff Fence
1695 S. Schuyler Avenue
Kankakee, IL 60901


Outdoor Oasis
1507 Southview Circle
Fairfield, IA 52556


Outsen Electric, Inc.
831 W. River Place
Kankakee, IL 60901

Paragon Pork
19170 Rush Road
Lyndon, IL 61261


Phase Two LLC
2551 New Glasgow Road
Fairfield, IA 52556


Pointer Electric
525 Mound Street
Jerseyville, IL 62052


Quad County Ready Mix
c/o Neil Hustedde
600 Chppewa Road
Harvard, IL 60033


Raymond Anderson
1622 Angling Road
Alexis, IL 61412


Reserve Artisan Ales
c/o Robert Benedict
185 South Kellog Street
Galesburg, IL 61401


Richard Tyne
25534 Dutchtown Road
Maple Park, IL 60151


Richards Electric Motor Company
c/o Bill Dietrich
2028 Quintron Way
Martelle, IA 52305


Rimon P.C.
875 N. Michigan Avenue
Suite 3100
Chicago, IL 60611


Robert Wiechmann
18648 North 200 East Road
Flanagan, IL 61740

Round Trip, c/o Springer Larsen LLC
300 S. County Farm Rd., Suite G
Wheaton, IL 60187


Round Trip, LLC
10327 Summit Avenue
Kensington, MD 20895


SBA
409 3rd Street, SW
Washington, DC 20416


Select Genetics
1709 16th Street NE
Willmar, MN 56201


Sharon Harrison
10598 W. Edgewood Road
Polo, IL 61064


Sisler's Ice, Inc c/o Springer Lars
300 S. County Farm Rd., Suite G
Wheaton, IL 60187


Sisler's Ice, Inc.
274 Harvestore Drive
DeKalb, IL 60115


SJ Smith Co., Inc.
3707 West River Drive
Davenport, IA 52802


Smallwood Farms, Inc.
c/o Tim Smallwood
739 State Highway 135
Alexis, IL 61412


Solar Brife LLC
3480 Glenbrook Circle North
Bettendorf, IA 52722


Solar Pile Driver Rents LLC
1806 W. Stone Avenue
Fairfield, IA 52556

Solaris Investments, Inc.
2551 New Glasgow Road
Fairfield, IA 52556


Sprint Electrical Service, Inc.
1575 Jarvis Avenue
Elk Grove Village, IL 60007


Steve Gregory
2842 10th Avenue
Alexis, IL 61412


Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384-9211


Tibbles Talent LLC
1036 U.S. 1
North Palm Beach, FL 33408


Triple E Farms
1674 Knox Highway 4
Altona, IL 61414


Trusted Electric LLC
800 Oneida Street, Suite C
Storm Lake, IA 50588


Tyler Anderson
2551 New Glasgow Road
Fairfield, IA 52556


VALO Biomedia
2737 Roop Road
Taneytown, MD 21787


Valo Biomedia c/o Springer Larsen
300 S. County Farm Rd., Suite G
Wheaton, IL 60187


Vector Structural Engineering LLC
651 W. Galena Park Blvd.
Suite 101
Draper, UT 84020

Vegter Steel Fabrication
c/o Mike Veger
800 French Creek Road
Morrison, IL 61270


Walter D. Laud, Inc.
c/o Scott Laud
821 South 2nd Avenue
East Moline, IL 61244


Wang Engineering
PO bod 959673
Saint Louis, MO 63195-9673


Wayne Pugh
1303 E. Curtis Street
Laramie, WY 82072


Wayne Streitmatter
9107 N. Maher Road
Brimfield, IL 61517


Weber Auto Group c/o Brian Weber
205 1st Avenue
Silvis, IL 61282


Whatever It Takes Repair
c/o Mark Reiss
2328 South Galena Avenue
Dixon, IL 61021


William Albertson
320 Crooked Stick Drive
Alpharetta, GA 30004


Windward Roofing Construction
PO Box 354
Bedford Park, IL 60499


Winnebago Animal Clinic
2053. N. Winnebago Road
Rockford, IL 61102

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Iowa Wind & Solar, LLC**                                           Case No.   **25-02724**

Debtor(s)                                             Chapter   **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Iowa Wind & Solar, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Christian Pugh
1303 East Curtis Street
Laramie, WY 82072**

**David Birchmier
306 S. 30th Street
Fairfield, IA 52556**

**Wayne Pugh
1303 E. Curtis Street
Laramie, WY 82072**

☐ None [*Check if applicable*]

**August 26, 2025**                                     **/s/ Edmund G. Urban III**

Date                                                        **Edmund G. Urban III 6182264**

Signature of Attorney or Litigant
Counsel for   **Iowa Wind & Solar, LLC**

**Urban & Burt, Ltd.
5320 W 159th Street
Suite 501
Oak Forest, IL 60452
708-687-5200 Fax:708-687-5278
bk@urbanburt.com**