A and E Construction Layout
PO Box 1322
Deer Park, TX 77536

A&P LLC c/o Randy Arnold
1621 W. Candletree Drive
Peoria, IL 61614

ABP Archer Daniels Midland Company
2 Dog's Way
Harvard, IL 60033

Accubuild
5000 sunnyside Avenue
Beltsville, MD 20705

Aegis Renewable Energy
340 Mad River Park
Suite 6
Waitsfield, VT 05673

Alan Winter
10171 SW 3rd Street
Plantation, FL 33324

Althoff Industries
8001 S. IL Route 31
Crystal Lake, IL 60014

Altorfer Inc.
PO Box 809629
Chicago, IL 60680-8802

Alumitank
c/o Bob Kirkpatrick
11317 US 14
Harvard, IL 60033

Alwan Enterprises
703 East War Memorial Drive
Peoria Heights, IL 61616

American Express
Po Box 981537
El Paso, TX 79998

```
Arnold Motor Supply
PO Box 320
Spencer, IA 51301


Aurora Solar
PO Box 102896
Pasadena, CA 91189-2896


Bank of America
PO Box 982235
El Paso, TX 79998


Basehoar Pigs LLC
c/o Eleanor Basehoar
19511 North Brimfield Road
Laura, IL 61451


Bert Huftalin
25185 Goelitz Riad
Malta, IL 60150


Beyond Stable Farm LLC
11129 State Route 176
Woodstock, IL 60098


Blue Sky Satellite Services, Inc.
2116 Delaware Street
Lawrence, KS 66046


BMO Harris
PO Box 7167
Pasadena, CA 91109-7167


Bradley R. Barnes CPA PC
110 East 3rd Street
Ottumwa, IA 52501


Burt Loitz
6688 Wolf Road
Colona, IL 61241


Casler Cleaning
1606 Southview Circle
Fairfield, IA 52556
```

```
CCE Services
605 West 2nd Avenue
Durant, IA 52747


Chicago Switchboard LLC
470 W. Wrightwood Avenue
Elmhurst, IL 60126


Christian Pugh
1303 East Curtis Street
Laramie, WY 82072


City of Silvis
985 Avenue of the Cities
Silvis, IL 61282


CL Electrical Services, LLC
808 North B Street
Fairfield, IA 52556


Connelly Sanitation Inc.
PO Box 2233
Fairfield, IA 52556


Dan Koster
26565 West Science Ridge Road
Sterling, IL 61081


Dave Bessine Electric
715 Valley Street
Burlington, IA 52601


Dave Smith
23360 Grange Road
Geneseo, IL 61254


David Birchmier
306 S. 30th Street
Fairfield, IA 52556


David Norman
165 Darden Lane
Washington, IL 61571
```

DeKalb Mechnical
c/o Steve Doonan
399 Wurlitzer Drive
DeKalb, IL 60115

Denefe, Gardner, & Zingg, PC
104 South Court Street
PO Box 493
Ottumwa, IA 52501

Diamond Tour Golf
202 Lucas Street
Sycamore, IL 60178

Drew DeSutter
3395 75th Avenue
New Windsor, IL 61465

Ed's Heating AC Plumbing & Electric
111 South Chestnut Street
Kewanee, IL 61443

EJ Equipment
c/o Ed Lesage
1920 Formosa Riad
Troy, IL 62294

Foster Jacob & Emily Jacob-Rudesill
826 West Main Street
Peoria, IL 61606

Fox Metro c/o Springer Larsen
300 S. County Farm Rd., Suite G
Wheaton, IL 60187

Frese Ornamental Nursery, Inc.
3100 North 18th Street
Quincy, IL 62305

Green Mountain Electric Supply
356 Rathe Road
Colchester, VT 05446

Gregory Farms/Jeff Gregory
2327 15th Avenue
Alexis, IL 61412


Harbor Freight
1010 E. Kimberly Road, Suite 4
Davenport, IA 52807


Hardcastle Construction LLC
2329 Kale Blvd.
Fairfield, IA 52556


Harper Howard Properties, LLC
1300 SE 2nd Street
Galva, IL 61434


Hartmann Farms
21105 Hartman Road
Maple Park, IL 60151


Hurst Manufacturing
823 (th Street West
Milan, IL 61264


Ideal Farms Partnership
c/o Mike Johnson
20400 Ideal Road
Chadwick, IL 61014


Illinois Department of Revenue
200 S. Wyman Street
Suite 306
Rockford, IL 61101-1234


Illinois Piping Corp.
c/o Brent Lewis
2323 SW Washington Street
Peoria, IL 61602


Iowa Association of Municipal Utili
1735 NE 70th Avenue
Ankeny, IA 50021

JA Clark LLC
2404 W. 15th Street
Newton, IA 50208


Jim Purlee
15196 Boon Mc Henry County Line Rd.
Capron, IL 61012


Joan & Tom Golemon
3000 Crown Point Drive
Springfield, IL 62704


John Olson
2862 120th Street
Alexis, IL 61412


Justin Moffitt
1067 Knox Highway
17 Gilson
Gilson, IL 61436


Keith and Tracy Morling
2387 170th Street
Galesburg, IL 61401


Keosauqua Lumber
303 West Broadway
Fairfield, IA 52556


Lance Humphreys
1444 Knox Road
Gilson, IL 61436


Larson Farms
17520 Keslinger Road
Maple Park, IL 60151


Lewis Brisbois Bisgaard & Smith LLP
633 West 5th Sreet
Suite 4000
Los Angeles, CA 90071

```
Libertyville Savings Bank
2000 West Jefferson
PO Box 744
Fairfield, IA 52556


Mark Von Holten
19170 Rush Road
Lyndon, IL 61261


Meredith Bennet-Takacs
3417 214th Street North
Port Byron, IL 61275


Mid State Ag
16930 Christmas Treet Road
Green Valley, IL 61534


MPA Computers
PO Box 1928
Fairfield, IA 52556


National Railroad Safety Services
7395 Kingsgate Way
West Chester, OH 45069


Norbert Hohrein
10972 State Route 4
Lebanon, IL 62254


Orange Crush Recycle
321 Center Street
Hillside, IL 60162


Osterehoff Fence
1695 S. Schuyler Avenue
Kankakee, IL 60901


Outdoor Oasis
1507 Southview Circle
Fairfield, IA 52556


Outsen Electric, Inc.
831 W. River Place
Kankakee, IL 60901
```

```
Paragon Pork
19170 Rush Road
Lyndon, IL 61261


Phase Two LLC
2551 New Glasgow Road
Fairfield, IA 52556


Pointer Electric
525 Mound Street
Jerseyville, IL 62052


Quad County Ready Mix
c/o Neil Hustedde
600 Chppewa Road
Harvard, IL 60033


Raymond Anderson
1622 Angling Road
Alexis, IL 61412


Reserve Artisan Ales
c/o Robert Benedict
185 South Kellog Street
Galesburg, IL 61401


Richard Tyne
25534 Dutchtown Road
Maple Park, IL 60151


Richards Electric Motor Company
c/o Bill Dietrich
2028 Quintron Way
Martelle, IA 52305


Rimon P.C.
875 N. Michigan Avenue
Suite 3100
Chicago, IL 60611


Robert Wiechmann
18648 North 200 East Road
Flanagan, IL 61740
```

Round Trip, c/o Springer Larsen LLC
300 S. County Farm Rd., Suite G
Wheaton, IL 60187

Round Trip, LLC
10327 Summit Avenue
Kensington, MD 20895

SBA
409 3rd Street, SW
Washington, DC 20416

Select Genetics
1709 16th Street NE
Willmar, MN 56201

Sharon Harrison
10598 W. Edgewood Road
Polo, IL 61064

Sisler's Ice, Inc c/o Springer Lars
300 S. County Farm Rd., Suite G
Wheaton, IL 60187

Sisler's Ice, Inc.
274 Harvestore Drive
DeKalb, IL 60115

SJ Smith Co., Inc.
3707 West River Drive
Davenport, IA 52802

Smallwood Farms, Inc.
c/o Tim Smallwood
739 State Highway 135
Alexis, IL 61412

Solar Brife LLC
3480 Glenbrook Circle North
Bettendorf, IA 52722

Solar Pile Driver Rents LLC
1806 W. Stone Avenue
Fairfield, IA 52556

Solaris Investments, Inc.
2551 New Glasgow Road
Fairfield, IA 52556


Sprint Electrical Service, Inc.
1575 Jarvis Avenue
Elk Grove Village, IL 60007


Steve Gregory
2842 10th Avenue
Alexis, IL 61412


Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384-9211


Tibbles Talent LLC
1036 U.S. 1
North Palm Beach, FL 33408


Triple E Farms
1674 Knox Highway 4
Altona, IL 61414


Trusted Electric LLC
800 Oneida Street, Suite C
Storm Lake, IA 50588


Tyler Anderson
2551 New Glasgow Road
Fairfield, IA 52556


VALO Biomedia
2737 Roop Road
Taneytown, MD 21787


Valo Biomedia c/o Springer Larsen
300 S. County Farm Rd., Suite G
Wheaton, IL 60187


Vector Structural Engineering LLC
651 W. Galena Park Blvd.
Suite 101
Draper, UT 84020

Vegter Steel Fabrication
c/o Mike Veger
800 French Creek Road
Morrison, IL 61270


Walter D. Laud, Inc.
c/o Scott Laud
821 South 2nd Avenue
East Moline, IL 61244


Wang Engineering
PO bod 959673
Saint Louis, MO 63195-9673


Wayne Pugh
1303 E. Curtis Street
Laramie, WY 82072


Wayne Streitmatter
9107 N. Maher Road
Brimfield, IL 61517


Weber Auto Group c/o Brian Weber
205 1st Avenue
Silvis, IL 61282


Whatever It Takes Repair
c/o Mark Reiss
2328 South Galena Avenue
Dixon, IL 61021


William Albertson
320 Crooked Stick Drive
Alpharetta, GA 30004


Windward Roofing Construction
PO Box 354
Bedford Park, IL 60499


Winnebago Animal Clinic
2053. N. Winnebago Road
Rockford, IL 61102