# United States Bankruptcy Court
## Northern District of Illinois

In re   **Iowa Wind & Solar, LLC**                                   Case No.   **25-02724**
                                    Debtor(s)                        Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                **121**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **8/26/25**

_David Birchmier/_
Signer/Title **Member / Partner**